United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ZD SAND LLC,** | **Case No. 26-32398 (JPN)** |
| **Debtor.** | |

---

**ORDER AUTHORIZING THE DEBTOR TO EMPLOY HARNEY PARTNERS
AND DESIGNATE KAREN NICOLAOU AS CHIEF RESTRUCTURING OFFICER**
ECF No. 12

---

The Court, having considered the Debtor's *Application to Employ Harney Partners and Designate Karen Nicolaou as Chief Restructuring Officer* (the "**Application**"), any responses thereto, the record in this case, and having held a hearing on the Application finds that: (a) the Court has jurisdiction under 28 U.S.C. § 1334; (b) this is a core proceeding under § 157(b); (c) the relief requested is in the best interest of the Debtor and its estate, the creditors, and other parties-in-interest; (d) notice of the Application was adequate under the circumstance; (e) Harney Partners ("HP") is a "disinterested person" under §§ 101(14) and 327(a); (f) the selection of HP is a reasonable exercise of the Debtor's business judgment, and (g) good cause exists to grant this relief.

It is therefore, ORDERED THAT:

1.      The Debtor is authorized to employ HP as a professional under section 327(a) to advise and provide services as chief restructuring officer as of April 16, 2026.

2.      Karen Nicolaou of HP is designated Chief Restructuring Officer of the Debtor. To the extent her role would make her an "insider" under the Bankruptcy Code, her designation is separately authorized under section 363(b).

3.      Any compensation or reimbursement of expenses will be subject to separate application under §§ 327(a), 330 and 331.

4.      This Court retains jurisdiction over all aspects of this Order.

Signed: May 14, 2026

Jeffrey P. Norman
United States Bankruptcy Judge